UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JOSE ARMANDO CABRERA HERNANDEZ

                Petitioner,

- against -

Raul Maldonado, WARDEN, METROPOLITAN DETENTION CENTER
Judith Almodovar, ACTING NEW YORK FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
Kristi Noem, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,
Todd M. Lyons, ACTING DIRECT, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and
Pamela Bondi, U.S. ATTORNEY GENERAL,

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civil Action No. 26-CV-00920

(Donnelly, J.)

**STIPULATION AND ORDER OF DISMISSAL**

      WHEREAS, Petitioner in the above-captioned action has filed a Petition for a writ of habeas releasing him from custody; and

      WHEREAS, neither Petitioner nor Respondents concedes any wrongdoing or defenses that party may have:

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their undersigned counsel, that:

1. Petitioner agrees to dismiss this action without prejudice and without costs or fees; and

2. U.S. Immigration and Customs Enforcement (ICE) agrees to a burden-shifted bond hearing for Petitioner – who is presently in removal proceedings – before an immigration judge, in which hearing ICE bears the burden of proving by clear and

convincing evidence that Petitioner is a danger or flight risk. Within two business days of this stipulation being so-Ordered, ICE will seek the above-referenced burden-shifted bond hearing.

3. ICE will not argue that Petitioner is bond ineligible under *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025).

Dated: New York, New York
      March 2, 2026

          */s/ Michael Z. Goldman*
Michael Z. Goldman
Law Offices of Michael Z. Goldman
100 Church St., Suite 800
New York, NY 10007
212-901-3799
Email: michael@mzglaw.com
*Counsel for Petitioner*

Dated: Brooklyn, New York
      March 2, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
*Counsel for Respondents*
271 Cadman Plaza, 7th Floor
Brooklyn, New York 11201

By:     */s/ Justin S. Kirschner*
Justin S. Kirschner
Assistant U.S. Attorney
(718) 254-6884
Justin.Kirschner@usdoj.gov

SO ORDERED this
   3rd  day of March, 2026

      s/Ann M. Donnelly
HONORABLE ANN M. DONNELLY
United States District Judge